# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

ROBERT F. CLAYTON,

        Plaintiff,

v().

MICHAEL J. ASTRUE, Commissioner of
Social Security Administration,

        Defendant.

Case No. CIV-07-162-RAW

**ORDER**

On July 15, 2008, Magistrate Judge West entered a Report and Recommendation in the above-referenced case, recommending that this court affirm the Commissioner's decision upholding on appeal the findings of the Administrative Law Judge ("ALJ), denying benefits to Plaintiff. On July 25, 2008, Plaintiff filed a timely objection to the Magistrate Judge's Report and Recommendation, contending, *inter alia*, that the Report and Recommendation "is not supported by substantial evidence in its actions, findings of fact, or conclusions of law."

Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's findings are supported by substantial evidence and the prevailing legal authority. The Magistrate Judge's recommendation to affirm the ALJ is well-supported. As a result, Plaintiff's objections to the Report and Recommendation are overruled. Accordingly, the Report and

Recommendation of the United States Magistrate Judge is hereby AFFIRMED and ADOPTED as this court's Findings and Order. The decision of the Commissioner is affirmed.

    IT IS SO ORDERED this 29th day of July, 2008.

**Dated this 29th Day of July 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma