# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT F. CLAYTON, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, Commissioner of Social Security Administration, <br><br> Defendant. | Case No. CIV-07-162-RAW |

## JUDGMENT

This action has come before the court for consideration, and an Order affirming the decision of the Commissioner has been entered. Judgment for Defendant and against Plaintiff is hereby entered pursuant to the court's Order.

IT IS SO ORDERED this 29th day of July, 2008.

**Dated this 29th Day of July 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma